UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VIOLET CORBIN,

                    Plaintiff,

   v.

AMERICOLLECT, INC.,

                    Defendant.

Case No. 2:16-cv-02548-JAD-PAL

**ORDER**

Before the court is the Notice of Settlement (ECF No. 4) between Plaintiff and Defendant Americollect, Inc.  Plaintiff advises that a settlement has been reached.  Americollect, Inc. has not yet made an appearance in this case.   Plaintiff anticipates 30 days to complete settlement documents and to file a notice of voluntary dismissal.

Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **January 3, 2017**, to file a notice of voluntary dismissal as to Americollect, Inc., or a status report advising when the dismissal will be received.

Dated this 6th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE